STATE OF LOUISIANA

PARISH OF WEST BATON ROUGE
18th JUDICIAL DISTRICT COURT


     I, Debra Hebert, Deputy Clerk of Court, in and for the Parish of West Baton Rouge, State

of Louisiana, do hereby certify that the attached documents are true and correct copies of the

matter entitled NUMBER 1046124 Division A.  The originals of which documents are on file in

this office.

     Port Allen, Louisiana this 23rd day of August, 2020.



_Debra Hebert_
Debra Hebert
DEPUTY CLERK
WEST BATON ROUGE PARISH



EXHIBIT
A

1046/24

BRANDINA ALLEN, INDIVIDUALLY AND          DOCKET NO:        SECTION: A
ON BEHALF OF HER MINOR CHILD,
MICHAEL BANKS, JR                          18TH JUDICIAL DISTRICT COURT

VERSUS                                     PARISH OF WEST BATON ROUGE

AMERICAN TRANSPORTATION GROUP
INSURANCE RISK RETENTION GROUP, INC,
JPN EXPRESS INC AND HARPRETT SINGH          STATE OF LOUISIANA
**********************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **BRANDINA ALLEN,**

**INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, MICHAEL BANKS, JR.,** a person

of the legal age of majority, domiciled in the State of Louisiana, who respectfully represents the following

Petition for Damages, to wit:

1.

**BRANDINA ALLEN** is the natural mother of the minor child, **MICHAEL BANKS, JR.,** who

was born outside of marriage on April 18, 2008, and is domiciled in Natchitoches Parish, Louisiana.

2.

**BRANDINA ALLEN** exercises exclusive custody of the minor child **MICHAEL BANKS, JR.,**

and the minor child has not seen, spoken to, or had any contact with his father, **MICHAEL BANKS, SR.,**

in more than ten (10) years.

3.

A Petition for Appointment of Natural Tutrix and Under-Tutor has been filed with the 10th Judicial

District Court, Parish of Natchitoches, requesting for **BRANDINA ALLEN** to be appointed and

confirmed as the Natural Tutrix of **MICHAEL BANKS, JR.,** for the purposes of this lawsuit.

4.

Made defendants herein are the following:

A.    **AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
      GROUP, INC.,** upon information and belief, a foreign insurance company authorized to
      do and doing business in the State of Louisiana, who can be served through its agent for
      service of process, Louisiana Commissioner of Insurance, 1702 North Third Street, Baton
      Rouge, Louisiana 70802;

B.    **JPN EXPRESS INC**, upon information and belief, a foreign corporation with its principal
      place of business located in California, who through its negligence has caused injuries and
      damages to a citizen of this State and is therefore amenable to the exercise of personal
      jurisdiction by this Honorable Court, pursuant to the provisions of the Louisiana Long Arm
      Statute, La. R.S. 13:3201, et seq., and can be served through their agent for service of
      process, Parminder Singh, 4101 Brittany Street, Apt 223, Bakersfield, California 93312;
      and,

C.    **HARPREET SINGH,** upon information and belief, a person of the legal age of majority
      and resident of the State of California, who through his negligence has caused injuries and
      damages to a citizen of this State, and is therefore amenable to the exercise of personal
      jurisdiction by this Honorable Court, pursuant to the provisions of the Louisiana Long Arm

Scanned
& Filed                              JUL 0 9 2020

Statute, La. R.S. 13:3101, et seq., and that can be served at 2716 Silver Shore, Bakersfield, California 93313.

5.

The above-named defendants are justly and truly indebted, jointly and *in solido*, unto the Petitioner for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons:

6.

On or about July 20, 2019, at approximately 10:30 a.m., **BRANDINA ALLEN** was driving a 2014 Toyota Camry, hereinafter referred to as the **"ALLEN VEHICLE"**, with **MICHAEL BANKS, JR.**, riding as a guest passenger, traveling east on I-10 in right lane in West Baton Rouge, Louisiana.

7.

At approximately the same time, **HARPREET SINGH**, was operating a 2016 Kenworth Tractor-trailer, owned by **JPN EXPRESS INC.**, hereinafter referred to as the **"18-WHEELER"**, traveling east in the right lane of I-10 an unknown distance behind the **ALLEN VEHICLE**.

8.

Shortly thereafter, the **ALLEN VEHICLE** came to a stop on I-10, due to the traffic congestion.

9.

At which time, the **18-WHEELER** suddenly and without warning crashed into the rear of **ALLEN VEHICLE** causing a violent crash between the two vehicles.

10.

As a result of the above described collision, plaintiff, **BRANDINA ALLEN** sustained severe and disabling injuries, including, but not limited to:

1) Traumatic Brain Injury;

2) Headaches;

3) Neck pain;

4) Shoulder pain;

5) Arm pain;

6) Chest pain;

7) Back pain;

8) Leg pain;

9) Foot pain;

10) Other injuries which will be more fully established at trial.

11.

As a result of the above described collision, plaintiff, **MICHAEL BANKS, JR.,** sustained severe and disabling injuries, including, but not limited to:

1)     Headaches;

2)     Neck pain;

3)     Back pain;

4)     Leg pain;

5)     Ankle pain;

6)     Foot pain;

6)     Other injuries which will be more fully established at trial.

12.

Petitioner, **BRANDINA ALLEN** claims the following damages as a result of this collision and her resulting injuries:

1)     Physical pain and suffering – past, present and future;

2)     Mental pain, anguish and distress– past, present and future;

3)     Loss of enjoyment of life – past, present and future;

4)     Disability – past, present and future;

5)     Lost Wages – past, present and future;

6)     Loss of earnings capacity– past, present and future;

7)     Medical expenses – past, present and future;

8)     Property Damage; and

9)     Other elements of damages to be more fully set forth at the trial of this matter.

13.

Petitioner, **BRANDINA ALLEN, ON BEHALF OF HER MINOR CHILD, MICHAEL BANKS, JR.,** claims the following damages as a result of this collision and his resulting injuries:

1)     Physical pain and suffering – past, present and future;

2)     Mental pain, anguish and distress– past, present and future;

3)     Loss of enjoyment of life – past, present and future;

4)     Disability – past, present and future;

5)     Medical expenses – past, present and future; and

6)     Other elements of damages to be more fully set forth at the trial of this matter.

14.

Petitioner avers that Defendant, **HARPREET SINGH,** is liable for all such injuries caused by his

fault and neglect under LA C.C. art. 2315.

15.

Petitioner alleges that the proximate cause of the collision and the damages to the petitioners was the fault and negligence of **HARPREET SINGH,** which is described in part, but not exclusively, as follows:

1) In failing to see what he should have seen and if have seen, in failing to heed;

2) In crashing into the rear of a vehicle;

3) In failing to maintain control of his vehicle;

4) In driving in a reckless and/or careless manner;

5) In failing to keep a proper lookout;

6) In following too closely;

7) In driving while distracted; and,

8) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and ordinances.

16.

Petitioner is informed, believes, and therefore alleges that at all times material hereto, **HARPREET SINGH** was in the course and scope of his employment with defendant, **JPN EXPRESS INC,** causing **JPN EXPRESS INC,** to be responsible for any and all negligence and fault of **HARPREET SINGH** in connection with the above-described incident. Petitioner therefore specifically pleads the doctrine of respondeat superior under LA C.C. art 2320.

17.

In addition to the negligence alleged heretofore, Petitioner alleges that a substantial cause of the above-described collision was the fault and/or negligence of **JPN EXPRESS INC,** which is described in part, but not exclusively as follows:

1) In failing to provide proper driving training;

2) In failing to employ a safe and competent driver;

3) In failing to properly supervise and instruct its drivers;

4) In permitting their employees to drive while distracted; and

5) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and ordinances.

18.

Petitioner is informed, believes and therefore alleges that at the time of the collision, the defendant, **AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION GROUP, INC.,**

had issued a liability insurance policy that provided coverage for the damages claimed herein and under the laws of the State of Louisiana, was in full force and effect at the time of the collision, and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

19.

**WHEREFORE PETITIONER PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Petitioner, **BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, MICHAEL BANKS, JR.,** and against the defendants, **AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION GROUP, INC., JPN EXPRESS INC., AND HARPREET SINGH,** jointly severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon form date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully submitted,

**GORDON MCKERNAN INJURY ATTORNEYS**

**RICHARD F. ZIMMERMAN, III (#31374)**
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Phone: (225) 388-3115
Facsimile: (225) 490-4519

**PLEASE SERVE THE FOLLOWING:**

**AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION GROUP, INC**
Through its Agent for Service of Process:
Louisiana Commissioner of Insurance
1702 North Third Street
Baton Rouge, Louisiana 70802

**JPN EXPRESS INC**
Through its Agent for Service of Process:
Via Louisiana Long Arm Statute, La. R.S. 13:3201, et seq.
Parminder Singh
4101 Brittany Street, Apartment 223
Bakersfield, California 93309

**HARPREET SINGH**
Via Louisiana Long Arm Statute, La. R.S. 13:3101, et seq.
2716 Silver Shore
Bakersfield, California 93313.

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized
representative, or by the self-represented litigant (if not represented by counsel) and submitted with the
original petition filed with the court. The information should be the best available at the time of filing.
This information does not constitute a discovery request, response or supplementation, and is not
admissible at trial.

Suit Caption:

BRANDINA ALLEN                          vs.    AMERICAN TRANSPORTATION GROUP INS RISK RETENTION
                                               GROUP, INC.

Court: _____18th Judicial District Court_____    Docket Number: _10 4/6/24   A_

Parish of Filing: _____West Baton Rouge_____    Filing Date: _____07/09/2020_____

Name of Lead Petitioner's Attorney: ___Richard F. Zimmerman, III___

Name of Self-Represented Litigant: _____

Number of named petitioners: __2__        Number of named defendants: __3__

Type of Lawsuit: Please check the categories which most appropriately apply to this suit
(no more than 3 categories should be checked):

X Auto: Personal Injury                    __ Auto: Property Damage
__ Auto: Wrongful Death                     __ Auto: Uninsured Motorist
__ Asbestos: Property Damage                __ Asbestos: Personal Injury/Death
__ Product Liability                        __ Premise Liability
__ Intentional Bodily Injury                __ Intentional Property Damage
__ Intentional Wrongful Death               __ Unfair Business Practice
__ Business Tort                            __ Fraud
__ Defamation                               __ Professional Negligence
__ Environmental Tort                       __ Medical Malpractice
__ Intellectual Property                    __ Toxic Tort
__ Legal Malpractice                        __ Other Tort (describe below)
__ Other Professional Malpractice           __ Redhibition
__ Maritime                                 __ Class action (nature of case)
__ Wrongful Death                           _____
__ General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:
 Auto accident resulting in personal injuries
_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented
litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of
Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Richard F. Zimmerman, III    Signature _____

Address  McKernan Law Firm, 5656 Hilton   Avenue, Baton Rouge, LA 70808

Phone number: 225-926-1234    E-mail address: Richard@McKernanLawFirm.com

# CITATION

*BRANDINA ALLEN*

*Versus*

*AMREICAN TRANSPORTATION GROUP
INSURANCE RISK RETENTION GROUP INC, ET
AL*



Case: 00001046124
Division: A
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

SERVE:  AMREICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION GROUP INC
        THRU LOUISIANA COMMISSIONER OF INSURANCE
        NORTH THIRD STREET
        BATON ROUGE, LA  70802

*YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE **PETITION***

***FOR DAMAGES** FILED BY PLAINTIFF IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY*

*OF WHICH ACCOMPANIES THIS CITATION, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN*

*THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID*

*PARISH, IN THE CITY OF PORT ALLEN, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE*

*HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF A*

*DEFAULT JUDGMENT AGAINST YOU.*

*WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN, LOUISIANA, on July 9,*

*2020.*

*Debra Hebert*

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:
RICHARD ZIMMERMAN III

## NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE

*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English
Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance
at no cost to you.  Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767,
telephone number 225-383-0378, within two working days of receipt of this notice.  If you are hearing and/or voice impaired, you
may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

[ FILE COPY ]

CITATION                                                        233

BRANDINA ALLEN                                        Case: 00001046124
                                                      Division: A
Versus                                                18th Judicial District Court
                                                      Parish of West Baton Rouge
AMREICAN TRANSPORTATION GROUP                         State of Louisiana
INSURANCE RISK RETENTION GROUP INC, ET
AL



SERVE:  AMREICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION GROUP INC
        THRU LOUISIANA COMMISSIONER OF INSURANCE
        NORTH THIRD STREET    1702 N. ThiRD St
        BATON ROUGE, LA  70802

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE **PETITION**

**FOR DAMAGES** FILED BY PLAINTIFF IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY

OF WHICH ACCOMPANIES THIS CITATION, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN

THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID

PARISH, IN THE CITY OF PORT ALLEN, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE

HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF A

DEFAULT JUDGMENT AGAINST YOU.


WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN, LOUISIANA, on July 9,

2020.

Personal Served
7/21/20

My. Wayne Patrich #0801/10:55 xxx

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

RECEIVED AND FILED
CLERK OF COURT
WEST BATON ROUGE
2020 JUL 27 AM 10: 04
DEPUTY CLERK

RECEIVED JUL 17 2020

Attorney:
RICHARD ZIMMERMAN III

**NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE**

*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English*
*Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance*
*at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767,*
*telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you*
*may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

JUL 27 2020          [ RETURN COPY ]          A. 7f
                                              7-21-20
                                              1.0.'55 a.m.

## LONG ARM CITATION
### CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

*BRANDINA ALLEN*

*Versus*

*AMREICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION GROUP INC, ET AL*



Case: 00001046124
Division: A
*18th Judicial District Court*
*Parish of West Baton Rouge*
*State of Louisiana*

TO: *JPN EXPRESS INC*
   *THRU LONG ARM SERVICE*

***YOU ARE HEREBY SUMMONED*** *to comply with the prayer of the attached* ***PETITION FOR DAMAGES*** *or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:*

   (a) *mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or*

   (b) *actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.*

*WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON JULY 9, 2020*

*Debra Hebert*

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

*Attorney:*

*RICHARD ZIMMERMAN*

[ FILE COPY ]

# LONG ARM CITATION
## CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

| | | |
|---|---|---|
| BRANDINA ALLEN |  | Case: 00001046124 |
| | | Division: A |
| Versus | | 18th Judicial District Court |
| | | Parish of West Baton Rouge |
| AMREICAN TRANSPORTATION GROUP | | State of Louisiana |
| INSURANCE RISK RETENTION GROUP INC, ET | | |
| AL | | |

TO:  HARPREET SINGH
      THRU LONG ARM SERVICE

**YOU ARE HEREBY SUMMONED** to comply with the prayer of the attached **PETITION FOR DAMAGES** or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:

(a) mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or

(b) actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.

WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON JULY 9, 2020

*Debra Hebert*

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:

RICHARD ZIMMERMAN

[ FILE COPY ]



149 North New Hampshire Street
Covington, Louisiana 70433-3235
Telephone: (985) 327-5266
Facsimile: (985) 327-5252

**THE TRUITT LAW FIRM LLC**
KNOWING BOTH SIDES OF THE CASE: IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

New Orleans Office:
433 Metairie Road, Suite 209
Metairie, Louisiana 70005
Telephone: (504) 831-3393
Reply to Covington Office

Writer's Email:
btruitt@truittlaw.com

August 24, 2020

_Via Facsimile Transmission (225) 383-3694_
_and Regular U.S. Mail_
Clerk of Court
18th JDC
P.O. Box 107
Port Allen, Louisiana 70767

RE:   Brandina Allen, Individually and on behalf of her
minor child, Michael Banks, Jr. vs.
American Transportation Group Ins. Risk Retention
Group, Inc., et al
18th JDC, No.: 1046124, "A"
File No.: 03-10020
Claim No.: 100600
DOL: 07/20/2019

Dear Clerk:

Enclosed please find our Motion for Extension of Time and Request for Notice in connection with the captioned litigation. Please file into the record and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT

JET/blm
Enclosures
cc: Richard Zimmerman, Esq. (Via Facsimile Transmission Only 225-490-4519 w/encl.)

$86.00 is needed for fax and filing originals

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 08/24/2020 14:02
                                              NAME   : WBRPCC
                                              FAX    : 2253833694
                                              TEL    : 2253830378
                                              SER.#  : BROF9V679626


        DATE,TIME              08/24  14:02
        FAX NO./NAME           19853275252
        DURATION               00:00:24
        PAGE(S)                01
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

08/24/2020  11:44 AM    TO:12253833694  FROM:9852730491        Page: 2



149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

—THE—
TRUITT LAW FIRM
LLC
KNOWING BOTH SIDES OF THE CASE; IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

August 24, 2020

*Via Facsimile Transmission (225) 383-3694*
*and Regular U.S. Mail*
Clerk of Court
18th JDC
P.O. Box 107
Port Allen, Louisiana 70767

RE:   Brandina Allen, Individually and on behalf of her
      minor child, Michael Banks, Jr. vs.
      American Transportation Group Ins. Risk Retention
      Group, Inc., et al
      18th JDC, No.: 1046124, "A"
      File No.: 03-10020
      Claim No.: 100600
      DOL: 07/20/2019

Dear Clerk:

      Enclosed please find our Motion for Extension of Time and Request for Notice in
connection with the captioned litigation. Please file into the record and return conformed copies
to me in the enclosed, self-addressed and stamped envelope.

      We are filing the above via facsimile pursuant to the provisions of Louisiana Revised
Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this
facsimile filing.

      We will remit the original pleadings and cost due within five days of today. If you have
any questions, please do not hesitate to contact me.

                                         With kindest regards,

                                         JACK E. TRUITT

JET/blm
Enclosures

# Fax Transmission

**To:** Clerk of Court 18th JDC

**Fax:** 12253833694

**RE:** Allen, et al vs. American Transportation Group, e

**From:** Jack E Truitt, Esq.

**Date:** 8/24/2020 1:44:01 PM CDT

**Pages:** 8

**Comments:**

Please see the attached. Thanks.

18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124                                         DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INC., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____        _____
                                                DEPUTY CLERK

**MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, comes defendant, American

Transportation Group Insurance Risk Retention Group Inc., respectfully moves this Honorable

Court for an extension of time of thirty (30) days to file responsive pleadings. Mover respectfully

represents that no previous extensions have been requested, and there are no objections to same in

the record of this matter.

                        Respectfully submitted,

                        **THE TRUITT LAW FIRM**
                        A Limited Liability Company

                        JACK E. TRUITT, BAR NO. 18476, T.A.
                        LOU ANNE MILLIMAN, BAR NO. 23869
                        MICHELLE MAYNE DAVIS, BAR NO. 23027
                        NANCY N. BUTCHER, BAR NO. 24178
                        LAUREN A. DUNCAN, BAR NO. 37105
                        149 North New Hampshire Street
                        Covington, Louisiana 70433
                        Telephone: (985) 327-5266
                        Facsimile: (985) 327-5252
                        Email: mail@truittlaw.com
                        Counsel for American Transportation Group
                        Insurance Risk Retention Group, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all

Scanned
& Filed

AUG 2 4 2020

counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on August 24, 2020.

18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124                                        DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INC., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____        _____
                                                           DEPUTY CLERK

**ORDER**

Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant, American Transportation Group Insurance

Risk Retention Group Inc., is granted an additional thirty (30) days time, from the signing of this

Order, to file responsive pleadings in the above entitled and numbered matter.

Port Allen, Louisiana, this _____ day of _____, 2020.

_____
**THE HONORABLE KEVIN KIMBALL**

18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124

DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INC., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____        _____

DEPUTY CLERK

### REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes defendant, American

Transportation Group Insurance Risk Retention Group Inc., and respectfully requests written

notice of the date of trial, as well as written notice of each rendition by the Court of any judgment,

and/or interlocutory order entered in the above entitled and numbered case pursuant to Articles

1913, 1914 and 1572 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for American Transportation Group
Insurance Risk Retention Group Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all

counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on August 24, 2020.

18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124                                           DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INC., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____         _____
                                             DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, American

Transportation Group Insurance Risk Retention Group Inc., who respectfully moves this

Honorable Court for an extension of time of thirty (30) days to file responsive pleadings. Mover

respectfully represents that no previous extensions have been requested, and there are no

objections to same in the record of this matter.

Respectfully submitted:

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 19476 T.A
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for American Transportation Group
Insurance Risk Retention Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all

counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on August 24, 2020.

18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124                           DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INC., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____        _____
                                     DEPUTY CLERK

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant, American Transportation Group Insurance

Risk Retention Group Inc., is granted an additional thirty (30) days time, from the signing of this

Order, to file responsive pleadings in the above entitled and numbered matter.

Port Allen, Louisiana, this _____ day of _____, 2020.

_____
THE HONORABLE KEVIN KIMBALL

Scanned
& Filed

SEP 0 3 2020

18TH JUDICIAL  DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124                                                      DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INC., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____          _____

                                                      DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes defendant, American

Transportation Group Insurance Risk Retention Group Inc., and respectfully requests written

notice of the date of trial, as well as written notice of each rendition by the Court of any judgment,

and/or interlocutory order entered in the above entitled and numbered case pursuant to Articles

1913, 1914 and 1572 of the Louisiana Code of Civil Procedure.

Respectfully submitted:

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 19476 T.A
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for American Transportation Group
Insurance Risk Retention Group, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all

counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on August 24, 2020.

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 09/29/2020 15:30
                              NAME  : WBRPCC
                              FAX   : 2253833694
                              TEL   : 2253830378
                              SER.# : BROF9V679626
```

```
    DATE,TIME              09/29  15:30
    FAX NO./NAME           19853275252
    DURATION               00:00:25
    PAGE(S)                01
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

09/29/2020  11:42 AM    TO:12253833694  FROM:9852730491        Page: 2

149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

## —THE—
## TRUITT LAW FIRM
## LLC
KNOWING BOTH SIDES OF THE CASE: IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393
REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

September 29, 2020

<u>Via Facsimile Transmission (225) 383-3694</u>
<u>and Regular U.S. Mail</u>
Clerk of Court
18th JDC
P.O. Box 107
Port Allen, Louisiana 70767

 *#215.00 is needed for fax and filing originals*

RE:    Brandina Allen, Individually and on behalf of her
       minor child, Michael Banks, Jr. vs.
       American Transportation Group Ins. Risk Retention
       Group, Inc., et al
       18th JDC, No.: 1046124, "A"
       File No.: 03-10020
       Claim No.: 100600
       DOL: 07/20/2019

Dear Clerk:

        Enclosed please find an Answer to Petition for Damages and Jury Order in connection with the captioned litigation. Please file into the originals into the record, present the Jury Order to the Court, and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

        We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

        We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

                                        With kindest regards,

                                        JACK E. TRUITT

JET/blm



149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

—THE—
TRUITT LAW FIRM
LLC
KNOWING BOTH SIDES OF THE CASE: IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

September 29, 2020

*Via Facsimile Transmission (225) 383-3694*
*and Regular U.S. Mail*
Clerk of Court
18th JDC
P.O. Box 107
Port Allen, Louisiana 70767

*#215.00 is needed for fax and filing originals*

RE: Brandina Allen, Individually and on behalf of her
minor child, Michael Banks, Jr. vs.
American Transportation Group Ins. Risk Retention
Group, Inc., et al
18th JDC, No.: 1046124, "A"
File No.: 03-10020
Claim No.: 100600
DOL: 07/20/2019

Dear Clerk:

Enclosed please find an Answer to Petition for Damages and Jury Order in connection with the captioned litigation. Please file into the originals into the record, present the Jury Order to the Court, and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT

JET/blm
Enclosures
cc: Richard Zimmerman, Esq. *(Via Facsimile Transmission Only 225-490-4519 w/encl.)*

# Fax Transmission

**To:**   Clerk of Court, 18th JDC

**Fax:**  12253833694

**RE:**   Brandina Allen vs. American Transportation Grou

**From:**  Jack E Truitt, Esq.

**Date:**  9/29/2020 1:42:47 PM CDT

**Pages:**  7

---

**Comments:**

Please see the attached. Thanks.

18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124                                          DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INS., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____          _____

                                         DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes defendant, American

Transportation Group Insurance Risk Retention Group, Inc., who respectfully answers the Petition

for Damages of plaintiff as follows:

1.

The allegations contained in Paragraph 1 of plaintiff's Petition for Damages is denied for

lack of sufficient information to justify a belief therein.

2.

The allegations contained in Paragraph 2 of plaintiff's Petition for Damages are denied for

lack of sufficient information to justify a belief herein.

3.

The allegations contained in Paragraph 3 of plaintiff's Petition for Damages are denied for

lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 A of plaintiff's Petition for Damages are admitted

as to the status of defendant, American Transportation Group Insurance Risk Retention Group, Inc.,

only; all other allegations are denied for lack of sufficient information to justify a belief herein.

5.

The allegations contained in Paragraph 5 of plaintiff's Petition for Damages are denied.

Scanned
& Filed
SEP 2 9 2020

6.

The allegations contained in Paragraph 6 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

7.

The allegations contained in Paragraph 7 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in Paragraph 8 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in Paragraph 9 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in Paragraph 10 and subparagraphs (1) through (10) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

11.

The allegations contained in Paragraph 11 and subparagraphs (1) through (6) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

12.

The allegations contained in Paragraph 12 and subparagraphs (1) through (9) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

13.

The allegations contained in Paragraph 13 and subparagraphs (1) through (6) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in Paragraph 14 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

15

The allegations contained in Paragraph 15 and subparagraphs (1) through (8) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

16.

The allegations contained in Paragraph 16 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in Paragraph 17 and subparagraphs (1) through (5) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in Paragraph 18 of plaintiff's Petition for Damages are  denied as the insurance policy issued by American Transportation Group Insurance Risk Retention Group, Inc. is the best evidence of the insuring agreement of American Transportation Group Insurance Risk Retention Group, Inc.

19.

The allegations contained in Paragraph 19 of plaintiff's Petition for Damages do not require an answer as Paragraph 19 is the plaintiffs' prayer.  However, in an abundance of caution, the allegations are denied.

20.

Defendant avers that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of fault and/or negligence on behalf of third parties for whom defendant is not responsible or legally liable, which fault and/or negligence of said third parties is hereby plead in bar to or diminution of any recovery by plaintiff.

21.

Defendant  avers that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of the comparative negligence and/or fault of the plaintiff, the particulars of which will be shown at trial of on the merits of this litigation, which fault and/or negligence is hereby pled in bar to or diminution of any recovery by plaintiff.

22.

Defendant avers that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of plaintiff's voluntary and knowing assumption of the risks, which are hereby pled in bar to or diminution of any recovery by plaintiff.

23.

Defendant pleads credit and/or setoff and/or extinguishment for any payments previously

made by any other available insurance.

24.

Defendant pleads the "No Pay, No Play" statute (La. Revised Statute 32:866) as an affirmative defense.

25.

Defendant avers that plaintiff has failed to mitigate damages, if any.

26.

Defendant prays for and is entitled to a trial by jury.

**WHEREFORE,** defendant prays that there be judgment herein in its favor after due and deliberate proceedings had, with all costs and attorney's fees incurred in defending this litigation assessed against plaintiff. Defendant also prays for a trial by jury and any other general or equitable relief which this Honorable Court may deem appropriate.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for American Transportation Group Insurance
Risk Retention Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on_____Sept. 29___, 2020.

**18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE**

**STATE OF LOUISIANA**

NO. 1046124                            DIVISION "A"

**BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.**

**VERSUS**

**AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INS., JPN EXPRESS INC. AND HARPRETT SINGH**

FILED:_____      _____

                                      DEPUTY CLERK

## JURY ORDER

Considering the foregoing request for a jury trial, in accordance with La. C.C.P. Art. 1734, *et*

*seq.*, mover American Transportation Group Insurance Risk Retention Group, Inc., shall post a jury

bond in the amount of $_____. The jury bond shall be filed with the Clerk of Court within

_____days prior to trial.

The jury bond will bind mover unto the Clerk of Court in the amount of $_____,

for the payment of all costs of the trial by jury in the above cause.

Port Allen, Louisiana, this_____ day of _____, 2020.

_____

**THE HONORABLE KEVIN KIMBALL**



149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

—THE—
**TRUITT LAW FIRM**
LLC
KNOWING BOTH SIDES OF THE CASE; IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com



September 29, 2020

*Via Facsimile Transmission (225) 383-3694*
*and Regular U.S. Mail*
Clerk of Court
18th JDC
P.O. Box 107
Port Allen, Louisiana 70767

    RE:    Brandina Allen, Individually and on behalf of her
           minor child, Michael Banks, Jr. vs.
           American Transportation Group Ins. Risk Retention
           Group, Inc., et al
           18th JDC, No.: 1046124, "A"
           File No.: 03-10020
           Claim No.: 100600
           DOL: 07/20/2019

Dear Clerk:

    Enclosed please find an Answer to Petition for Damages and Jury Order in connection with the captioned litigation. Please file into the originals into the record, present the Jury Order to the Court, and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

    We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850. Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

    We will remit the original pleadings and cost due within five days of today. If you have any questions, please do not hesitate to contact me.

                           With kindest regards,

                           **JACK E. TRUITT**

JET/blm
Enclosures
cc: Richard Zimmerman, Esq. *(Via Facsimile Transmission Only 225-490-4519 w/encl.)*

COPY TO ATTORNEY    OCT 19 2020



149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

—THE—
TRUITT LAW FIRM
—LLC—
KNOWING BOTH SIDES OF THE CASE; IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

September 30, 2020

Clerk of Court
18th JDC
P.O. Box 107
Port Allen, Louisiana 70767

**ATTN: Civil Clerk Division "A"**

RE:    Brandina Allen, Individually and on behalf of her
       minor child, Michael Banks, Jr. vs.
       American Transportation Group Ins. Risk Retention
       Group, Inc., et al
       18th JDC, No.: 1046124, "A"
       File No.: 03-10020
       Claim No.: 100600
       DOL: 07/20/2019

Dear Madam:

    Enclosed please find the original of the Answer to  Petition for Damages in the above
referenced matter, that was inadvertently left out of the envelope mailed yesterday with the check,
the correspondence to the Court, fax confirmation, and copy of the Answer.

    Sorry for any inconvenience this may have caused.

                                        With kindest regards,

                                        *Barbara Manton*
                                        **Barbara Manton, Paralegal to**
                                        **JACK E. TRUITT**

/blm
Enclosures

18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124                                             DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INS., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____        _____
                                     DEPUTY CLERK

**ANSWER TO PETITION FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, comes defendant, American Transportation Group Insurance Risk Retention Group, Inc., who respectfully answers the Petition for Damages of plaintiff as follows:

1.

The allegations contained in Paragraph 1 of plaintiff's Petition for Damages is denied for lack of sufficient information to justify a belief therein.

2.

The allegations contained in Paragraph 2 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

3.

The allegations contained in Paragraph 3 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 A of plaintiff's Petition for Damages are admitted as to the status of defendant, American Transportation Group Insurance Risk Retention Group, Inc., only; all other allegations are denied for lack of sufficient information to justify a belief herein.

5.

The allegations contained in Paragraph 5 of plaintiff's Petition for Damages are denied.

6.

The allegations contained in Paragraph 6 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

7.

The allegations contained in Paragraph 7 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in Paragraph 8 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in Paragraph 9 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in Paragraph 10 and subparagraphs (1) through (10) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

11.

The allegations contained in Paragraph 11 and subparagraphs (1) through (6) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

12.

The allegations contained in Paragraph 12 and subparagraphs (1) through (9) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

13.

The allegations contained in Paragraph 13 and subparagraphs (1) through (6) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in Paragraph 14 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

15

The allegations contained in Paragraph 15 and subparagraphs (1) through (8) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

16.

The allegations contained in Paragraph 16 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in Paragraph 17 and subparagraphs (1) through (5) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in Paragraph 18 of plaintiff's Petition for Damages are denied as the insurance policy issued by American Transportation Group Insurance Risk Retention Group, Inc. is the best evidence of the insuring agreement of American Transportation Group Insurance Risk Retention Group, Inc.

19.

The allegations contained in Paragraph 19 of plaintiff's Petition for Damages do not require an answer as Paragraph 19 is the plaintiffs' prayer. However, in an abundance of caution, the allegations are denied.

20.

Defendant avers that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of fault and/or negligence on behalf of third parties for whom defendant is not responsible or legally liable, which fault and/or negligence of said third parties is hereby plead in bar to or diminution of any recovery by plaintiff.

21.

Defendant avers that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of the comparative negligence and/or fault of the plaintiff, the particulars of which will be shown at trial of on the merits of this litigation, which fault and/or negligence is hereby pled in bar to or diminution of any recovery by plaintiff.

22.

Defendant avers that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of plaintiff's voluntary and knowing assumption of the risks, which are hereby pled in bar to or diminution of any recovery by plaintiff.

23.

Defendant pleads credit and/or setoff and/or extinguishment for any payments previously

made by any other available insurance.

24.

Defendant pleads the "No Pay, No Play" statute (La. Revised Statute 32:866) as an affirmative defense.

25.

Defendant avers that plaintiff has failed to mitigate damages, if any.

26.

Defendant prays for and is entitled to a trial by jury.

**WHEREFORE**, defendant prays that there be judgment herein in its favor after due and deliberate proceedings had, with all costs and attorney's fees incurred in defending this litigation assessed against plaintiff. Defendant also prays for a trial by jury and any other general or equitable relief which this Honorable Court may deem appropriate.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for American Transportation Group Insurance
Risk Retention Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on_____Sept. 29_____, 2020.

18TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1046124                                             DIVISION "A"

BRANDINA ALLEN, INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD, MICHAEL BANKS, JR.

VERSUS

AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION
GROUP INS., JPN EXPRESS INC. AND HARPRETT SINGH

FILED:_____          _____
                                                 DEPUTY CLERK

## **JURY ORDER**

Considering the foregoing request for a jury trial, in accordance with La. C.C.P. Art. 1734, *et seq.*, mover American Transportation Group Insurance Risk Retention Group, Inc., shall post a jury bond in the amount of $ 5,000.00 *cash*. The jury bond shall be filed with the Clerk of Court within 60 days prior to trial.

~~The jury bond will bind mover unto the Clerk of Court~~ in the amount of $_____,

for the payment of all costs of the trial by jury in the above cause.

Port Allen, Louisiana, this_____14_____ day of October, 2020.


THE HONORABLE KEVIN KIMBALL

RECEIVED AND FILED
CLERK OF COURT
WEST BATON ROUGE PARISH
2020 OCT 15 PM 3:15
DEPUTY CLERK

Scanned
& Filed

OCT 19 2020

NOTICE OF SIGNING JURY ORDE.

BRANDINA ALLEN, ET AL

Versus

AMREICAN TRANSPORTATION GROUP
INSURANCE RISK RETENTION GROUP INC, ET
AL



Case: 00001046124
Division: A
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO:  RICHARD F ZIMMERMAN
     JACK TRUITT

YOU ARE HEREBY NOTIFIED that an Order in the above entitled and numbered case was signed on

OCTOBER 14, 2020 allowing a trial by jury, upon the posting of the bond. This request being made by

Defendant, AMERICAN TRANSPORTATION GROUP INSURANCE RISK RETENTION GROUP INC

Bond set in the amount of $5,000.00 CASH

Deadline for posting bond, NO LATER THAN 60 DAYS PRIOR TO TRIAL

Juror Filing fee of $150.00 is due at the time of filing of the Jury Bond
****IN ACCORDANCE WITH LA.R.S. 13:841 (2)(C) THE FILING OF PAPER EXHIBITS,
ATTACHMENTS, TRANSCRIPTS AND DEPOSITIONS WILL BE AT A COST OF $2.00 PER PAGE.

IF THE DEPOSIT IS NOT TIMELY MADE, ANY OTHER PARTY SHALL HAVE AN ADDITIONAL 10 DAYS
TO MAKE THE REQUIRED DEPOSIT

FAILURE TO POST THE CASH DEPOSIT SHALL CONSTITUTE A WAIVER OF A TRIAL BY JURY

I hereby certify that the foregoing notice was mailed to all counsel of record.  Port Allen, Louisiana, on October
19, 2020.

_Delna Hebert_
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:
JACK TRUITT

[ FILE COPY ]

```
                    ┌─────────────────────────────────────────┐
                    │  TRANSMISSION VERIFICATION REPORT         │
                    └─────────────────────────────────────────┘

                                    TIME    : 10/19/2020 14:35
                                    NAME    : WBRPCC
                                    FAX     : 2253833694
                                    TEL     : 2253830378
                                    SER.#   : BROF9V679626


        DATE,TIME             10/19  14:34
        FAX NO./NAME          19853275252
        DURATION             00:00:24
        PAGE(S)              01
        RESULT               OK
        MODE                 STANDARD
                             ECM
```

10/19/2020   11:26 AM    TO:12253833694   FROM:9852730491        Page: 2




149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

**—THE—**
**TRUITT LAW FIRM**
LLC
KNOWING BOTH SIDES OF THE CASE: IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 200
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

October 19, 2020

_**Via Facsimile Transmission (225) 383-3694**_
_**Only**_
Clerk of Court
18th JDC
P.O. Box 107
Port Allen, Louisiana 70767

RE:    Brandina Allen, Individually and on behalf of her
       minor child, Michael Banks, Jr. vs.
       American Transportation Group Ins. Risk Retention
       Group, Inc., et al
       18th JDC, No.: 1046124, "A"
       File No.: 03-10020
       Claim No.: 100600
       DOL: 07/20/2019

Dear Clerk:

       Please accept this correspondence as our written request for a **full and complete certified copy** of the **entire record** of the above referenced matter, Docket No.: 1046124, Division of "A". Please advise our office by facsimile (985) 327-5252, of the costs associated with this request at your earliest convenience and we will forward our firm's check immediately.

       Thank you in advance for your cooperation in this matter.

                                        With kindest regards,

                                        _Barbara Manton_
                                        **Barbara Manton, Paralegal to**
                                        **JACK E. TRUITT**

/blm          *$57.00 is needed for fax and copy of Record.*

  

149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

—THE—
TRUITT LAW FIRM
LLC
KNOWING BOTH SIDES OF THE CASE, IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

October 19, 2020

*Via Facsimile Transmission (225) 383-3694*
*Only*
Clerk of Court
18th JDC
P.O. Box 107
Port Allen, Louisiana 70767

RE:    Brandina Allen, Individually and on behalf of her
       minor child, Michael Banks, Jr. vs.
       American Transportation Group Ins. Risk Retention
       Group, Inc., et al
       18th JDC, No.: 1046124, "A"
       File No.: 03-10020
       Claim No.: 100600
       DOL: 07/20/2019

Dear Clerk:

Please accept this correspondence as our written request for a **full and complete certified copy** of the **entire record** of the above referenced matter, Docket No.: 1046124, Division of "A". Please advise our office by facsimile (985) 327-5252, of the costs associated with this request at your earliest convenience and we will forward our firm's check immediately.

Thank you in advance for your cooperation in this matter.

With kindest regards,

*Barbara Manton*
**Barbara Manton**, Paralegal to
JACK E. TRUITT

/blm   *$57.00 is needed for fax and copy of Record.*

# Fax Transmission

**To:** Clerk of Court, 18th JDC

**Fax:** 12253833694

**RE:** Brandina Allen vs. American Transportation Grou

**From:** Barbara Manton, Paralegal to Jack E Truit

**Date:** 10/19/2020 1:22:39 PM CDT

**Pages:** 2

---

**Comments:**

Please see the attached. Thanks.

RECEIVED AND FILED
CLERK OF COURT
WEST BATON ROUGE PARISH

2020 OCT 19  PM 1:38

DEPUTY CLERK